FILED BY _____ KS __ D.C.

Jul 15, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 21-20376-CR-MOORE/LOUIS

Case No. _____

18 U.S.C. § 1349
18 U.S.C. § 1347
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

**vs.**

**JORGE GONZALEZ PEREZ,
KIAMY PEREZ,
ENRY GUZMAN,
HANIEL RODRIGUEZ,
BRIAN MCINTOSH,
FREYMIL LOZADA,
DAVID VLADIMIR SACERIO,
KYRENIA MAQUEIRA RODRIGUEZ,
and
MELISSA CRUZ,**

              **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

### Commercial Insurance

1.     The insurance company Blue Cross Blue Shield ("BCBS") provided health insurance plans to private sector employees.

2.     In addition, some employers offered Administrative Services Only ("ASO") insurance plans to their employees. These employers contracted with BCBS to handle the administrative tasks such as billing, claims handling, and claims payment with respect to claims

submitted on behalf of their employees.  These ASO insurance plans reimbursed BCBS for the money the insurance company paid out for health benefits for their respective employees.  As such, the employers acted in a self-insured role which means that they were financially responsible for any claim payments to their employees.

3.     BCBS and the ASO insurance plans offered by employers and managed by BCBS were "health care benefit programs," as defined in Title 18, United States Code, Section 24(b).

4.     BCBS often made payments directly to physicians, medical clinics, or other health care providers, rather than to the beneficiary who received the health care benefits, items, and services.  This occurred when the provider accepted assignment of the right to payment from the beneficiary.

5.     To obtain payment for treatment or services provided to a beneficiary, physicians, medical clinics, and other health care providers had to submit itemized claim forms to the beneficiary's commercial insurance plan.  The claim forms were typically submitted electronically via the internet. The claim form required certain important information, including: (a) the beneficiary's name and Health Insurance Claim Number or other identification number; (b) a description of the health care benefit, item, or service that was provided or supplied to the beneficiary; (c) the billing codes for the benefit, item, or service; (d) the date upon which the benefit, item, or service was provided or supplied to the beneficiary; and (e) the name of the referring physician or other health care provider, as well as a unique identifying number, known either as the Unique Physician Identification Number ("UPIN") or National Provider Identifier ("NPI").

6.     When a provider submitted a claim form to a private insurance plan, the provider certified that the contents of the form were true, correct, and complete, and that the form was

prepared in compliance with the applicable laws and regulations concerning the submission of health care claims. The provider also certified that the services being billed were medically necessary and were in fact provided as billed.

### The Defendants and Related Entities

1.  Life Blue Medical Center, Corp. ("Life Blue") was a Florida corporation located at 12260 SW 8th Street, Suite #230, Miami, Florida 33184. Life Blue was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatment and services.

2.  Blue Life Medical Center, LLC ("Blue Life") was a Florida corporation located at 6272 Miramar Parkway, Miramar, Florida 33023. Blue Life was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatment and services.

3.  Miami Medical Therapy and Research Center, Corp. ("Miami Medical") was a Florida corporation located at 10380 W Flagler Street, Miami, Florida 33174. Miami Medical was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatment and services.

4.  Defendant **JORGE GONZALEZ PEREZ** was a resident of Monroe County and the Registered Agent and owner of Life Blue and Blue Life.

5.  Defendant **KIAMY PEREZ** was a resident of Miami-Dade County and the Registered Agent and owner of Miami Medical.

6.  Defendant **ENRY GUZMAN** was a resident of Miami-Dade County and a patient recruiter for Life Blue, Blue Life, and Miami Medical.

7.  Defendant **HANIEL RODRIGUEZ** was a resident of Miami-Dade County and a patient recruiter for Life Blue, Blue Life, and Miami Medical.

8.      Defendant **BRIAN MCINTOSH** was a resident of Broward County and a patient recruiter for Life Blue.

9.      Defendant **FREYMIL LOZADA** was a resident of Miami-Dade County and a patient recruiter for Life Blue, Blue Life, and Miami Medical.

10.     Defendant **DAVID VLADIMIR SACERIO** was a resident of Miami-Dade County and a patient recruiter for Miami Medical.

11.     Defendant **KYRENIA MAQUEIRA RODRIGUEZ** was a resident of Miami-Dade County and a physical therapist assistant at Miami Medical.

12.     Defendant **MELISSA CRUZ** was a resident of Miami-Dade County and a receptionist at Miami Medical.

## COUNT 1
### Conspiracy to Commit Health Care Fraud and Wire Fraud
### (18 U.S.C. § 1349)

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.      From in or around June 2017, and continuing through in or around August 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JORGE GONZALEZ PEREZ,
KIAMY PEREZ,
ENRY GUZMAN,
HANIEL RODRIGUEZ,
BRIAN MCINTOSH,
FREYMIL LOZADA,
DAVID VLADIMIR SACERIO,
KYRENIA MAQUEIRA RODRIGUEZ,
and
MELISSA CRUZ,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly

4

combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit offenses against the United States, that is:

      a.   to knowingly and willfully execute a scheme and artifice to defraud health care benefit programs affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, BCBS and ASO insurance plans managed by BCBS, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and

      b.   to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

3.    It was the purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) offering, paying, soliciting, and receiving kickbacks for the referral of individuals to serve as patients; (b) submitting and causing the submission of false and fraudulent claims to health care benefit programs; (c) concealing the submission of false and fraudulent claims to health care benefit programs; (d) concealing the receipt of the fraud proceeds; and (e) diverting the fraud proceeds for their personal use and

benefit, and the use and benefit of others, and to further the fraud.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

4.      **ENRY GUZMAN, HANIEL RODRIGUEZ, BRIAN MCINTOSH, FREYMIL LOZADA, DANIEL SACERIO,** and others recruited individuals to serve as patients of the medical clinics by offering kickbacks in exchange for providing insurance information to the medical clinics.

5.      **JORGE GONZALEZ PEREZ, KIAMY PEREZ, ENRY GUZMAN, HANIEL RODRIGUEZ, BRIAN MCINTOSH, FREYMIL LOZADA, DAVID VLADIMIR SACERIO, KYRENIA MAQUEIRA RODRIGUEZ, MELISSA CRUZ,** and others submitted and caused the medical clinics to submit, via interstate wire communications, approximately $17,931,592 in claims to BCBS and ASO insurance plans managed by BCBS.  These claims falsely and fraudulently represented that various health care benefits were medically necessary, prescribed by a doctor, and had been provided by the medical clinics to insurance beneficiaries of BCBS and ASO insurance plans managed by BCBS.

6.      As a result of such false and fraudulent claims, BCBS and ASO insurance plans managed by BCBS made payments to the medical clinics, via interstate wire communications, into the medical clinics' corporate bank account, in the amount of approximately $4,829,978.49.

7.      **JORGE GONZALEZ PEREZ, KIAMY PEREZ, ENRY GUZMAN, HANIEL RODRIGUEZ, BRIAN MCINTOSH, FREYMIL LOZADA, DAVID VLADIMIR SACERIO, KYRENIA MAQUEIRA RODRIGUEZ, MELISSA CRUZ,** and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-25
### Health Care Fraud
### (18 U.S.C. § 1347)

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.      From in or around June 2017, and continuing through in or around August 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JORGE GONZALEZ PEREZ,
KIAMY PEREZ,
ENRY GUZMAN,
HANIEL RODRIGUEZ,
BRIAN MCINTOSH,
FREYMIL LOZADA,
DAVID VLADIMIR SACERIO,
KYRENIA MAQUEIRA RODRIGUEZ,
and
MELISSA CRUZ,**

in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, BCBS and ASO insurance plans managed by BCBS, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of said health care benefit programs.

### Purpose of the Scheme and Artifice

3.      It was a purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by, among other things: (a) offering, paying, soliciting, and receiving kickbacks for the referral of individuals to serve as patients at the medical

clinics; (b) submitting and causing the submission of false and fraudulent claims to health care benefit programs; (c) concealing the submission of false and fraudulent claims to health care benefit programs; (d) concealing the receipt of the fraud proceeds; and (e) diverting the fraud proceeds for their personal use and benefit, and the use and benefit of others, and to further the fraud.

### The Scheme and Artifice

The Manner and Means section of Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

### Acts in Execution or Attempted Execution of the Scheme and Artifice

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants so identified, in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, the above-described scheme and artifice to defraud health care benefit programs affecting commerce, as set forth below:

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 2 | **JORGE GONZALEZ PEREZ and BRIAN MCINTOSH** | L.F. | Life Blue | June 22, 2018 | -2013 | Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

$340.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 3 | **JORGE GONZALEZ PEREZ and BRIAN MCINTOSH** | C.B. | Life Blue | July 13, 2018 | -6327 | Application of a modality to 1 or more areas; contrast baths, each 15 minutes $340.00 |
| 4 | **JORGE GONZALEZ PEREZ and HANIEL RODRIGUEZ** | W.A. | Life Blue | August 17, 2018 | -1273 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility $340.00 |
| 5 | **JORGE GONZALEZ PEREZ and HANIEL RODRIGUEZ** | A.E.C. | Life Blue | September 11, 2018 | -8781 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 6 | JORGE GONZALEZ PEREZ and ENRY GUZMAN | A.C. | Life Blue | November 27, 2018 | -9337 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |
| 7 | JORGE GONZALEZ PEREZ and FREYMIL LOZADA | A.V. | Life Blue | December 14, 2018 | -7720 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |
| 8 | JORGE GONZALEZ PEREZ and ENRY GUZMAN | F.V. | Life Blue | January 18, 2019 | -2252 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 9 | **JORGE GONZALEZ PEREZ** | J.S. | Life Blue | May 24, 2019 | -2741 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |
| 10 | **JORGE GONZALEZ PEREZ and ENRY GUZMAN** | A.C. | Blue Life | August 16, 2019 | -3998 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 11 | JORGE GONZALEZ PEREZ and ENRY GUZMAN | J.E.C. | Blue Life | September 9, 2019 | -5918 | Immunoassay for analyte other than infectious agent antibody or infectious agent antigen, qualitative or semi-quantitative; multiple step method<br><br>$3,375.00 |
| 12 | JORGE GONZALEZ PEREZ and HANIEL RODRIGUEZ | A.P. | Life Blue | September 16, 2019 | -2553 | Percutaneous tests (scratch, puncture, prick) with allergenic extracts, immediate type reaction, including test interpretation and report by a physician, specify number of tests<br><br>$1,125.00 |
| 13 | JORGE GONZALEZ PEREZ and FREYMIL LOZADA | A.V. | Blue Life | September 16, 2019 | -2810 | Positioning cushion/pillow/ wedge, any shape or size, includes all components<br><br>$500.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 14 | **JORGE GONZALEZ PEREZ** | S.H.N | Blue Life | September 20, 2019 | -2606 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral  $6,000.00 |
| 15 | **JORGE GONZALEZ PEREZ and ENRY GUZMAN** | N.G. | Life Blue | September 20, 2019 | -3934 | Percutaneous tests (scratch, puncture, prick) with allergenic extracts, immediate type reaction, including test interpretation and report by a physician, specify number of tests  $1,125.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 16 | **JORGE GONZALEZ PEREZ and FREYMIL LOZADA** | J.A.R. | Blue Life | November 8, 2019 | -8081 | Application of a modality to 1 or more areas; electrical stimulation (manual), each 15 minutes $170.00 |
| 17 | **JORGE GONZALEZ PEREZ and ENRY GUZMAN** | F.V. | Blue Life | November 11, 2019 | -5010 | Intracutaneous (intradermal) tests with allergenic extracts, immediate type reaction, including test interpretation and report by a physician, specify number of tests $1,125.00 |
| 18 | **KIAMY PEREZ and DAVID VLADIMIR SACERIO** | R.O.R. | Miami Medical | March 9, 2020 | -1923 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility $340.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 19 | **KIAMY PEREZ and DAVID VLADIMIR SACERIO** | J.R. | Miami Medical | March 23, 2020 | -5502 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 20 | **JORGE GONZALEZ PEREZ and HANIEL RODRIGUEZ** | A.P. | Blue Life | March 27, 2020 | -3189 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 21 | **JORGE GONZALEZ PEREZ and HANIEL RODRIGUEZ** | M.M. | Blue Life | March 30, 2020 | -1338 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |
| 22 | **KIAMY PEREZ and MELISSA CRUZ** | S.N. | Miami Medical | April 17, 2020 | -0324 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |

| Count | Defendant(s) | Beneficiary | Clinic | Approx. Date Claim Received | Claim Number Last Four Digits | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|---|
| 23 | **KIAMY PEREZ, ENRY GUZMAN, and KYRENIA MAQUEIRA RODRIGUEZ** | F.V. | Miami Medical | May 22, 2020 | -5617 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral $6,000.00 |
| 24 | **KIAMY PEREZ, HANIEL RODRIGUEZ, KYRENIA MAQUEIRA RODRIGUEZ, and MELISSA CRUZ** | R.R. | Miami Medical | May 22, 2020 | -6631 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |
| 25 | **KIAMY PEREZ and FREYMIL LOZADA** | J.A.R. | Miami Medical | May 25, 2020 | -2235 | Positioning cushion/pillow/ wedge, any shape or size, includes all components $500.00 |

In violation of Title 18, United States Code, Sections 1347 and 2.

## FORFEITURE
### (18 U.S.C. § 982)

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **JORGE GONZALEZ PEREZ, KIAMY PEREZ, ENRY GUZMAN, HANIEL RODRIGUEZ, BRIAN MCINTOSH, FREYMIL LOZADA, DAVID VLADIMIR SACERIO, KYRENIA MAQUEIRA RODRIGUEZ, and MELISSA CRUZ,** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1347 and 1349, as alleged in this Indictment, the defendants so identified shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, pursuant to Title 18, United States Code, Section 982(a)(7).

3.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, a sum of approximately $4,829,978.49, which represents the total amount of gross proceeds traceable to the violations of Title 18, United States Code, Sections 1347 and 1349 alleged in the Indictment and which may be sought as a forfeiture money judgment.

4.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant,

        (a)      cannot be located upon the exercise of due diligence;

        (b)      has been transferred or sold to, or deposited with, a third party;

        (c)      has been placed beyond the jurisdiction of the court;

        (d)      has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided

without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title

21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth

in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code,

Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JORGE GONZALEZ PEREZ, et al.,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)

[✓] Miami  [ ] Key West  [ ] FTL
[ ] WPB    [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes** _____
   List language and/or dialect **Spanish** _____

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | [ ] | | Petty | [ ] |
| II | 6 to 10 days | [✓] | | Minor | [ ] |
| III | 11 to 20 days | [ ] | | Misdemeanor | [ ] |
| IV | 21 to 60 days | [ ] | | Felony | [✓] |
| V | 61 days and over | [ ] | | | |

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No** _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

*Shannon Shaw*
_____
Shannon Shaw
Assistant United States Attorney
FLA Bar No.    92806

*Penalty Sheet(s) attached                                                          REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **JORGE GONZALEZ PEREZ**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**      20 Years' Imprisonment

Counts #: 2-17, and 20-21

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**      10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **KIAMY PEREZ**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**     20 Years' Imprisonment

Counts #: 18-19, and 22-25

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**     10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

**Defendant's Name:  ENRY GUZMAN**

**Case No:**

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**        20 Years' Imprisonment

Counts #: 6, 8, 10-11, 15, 17, and 23

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**        10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **HANIEL RODRIGUEZ**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**        20 Years' Imprisonment

Counts #: 4, 5, 12, 20, 21, and 24

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**        10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **BRIAN MCINTOSH**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**      20 Years' Imprisonment

Counts #: 2 and 3

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**      10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  FREYMIL LOZADA**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**        20 Years' Imprisonment

Counts #: 7, 13, 16, and 25

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**        10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **DAVID VLADIMIR SACERIO**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**      20 Years' Imprisonment

Counts #: 18 and 19

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**      10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **KYRENIA MAQUEIRA RODRIGUEZ**

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**        20 Years' Imprisonment

Counts #: 23 and 24

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**        10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**  MELISSA CRUZ

**Case No**:

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**  20 Years' Imprisonment

Counts #: 22 and 24

Health Care Fraud

Title 18, United States Code, Section 1347

**\* Max. Penalty:**  10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**