UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
               Plaintiff,

vs.                                       Case No.:   21-Cr-20376-KMM

BELKYS CRESPO
Individual Surety.
_____/

### *BELKYS CRESPO'S MOTION TO PARTIALLY SET ASIDE BAIL FORFEITURE AS TO INDIVIDUAL SURETY BELKYS CRESPO ONLY*

COMES NOW, the individual surety, BELKYS CRESPO, pursuant to F.R.Cr.P. 46(f)(2) and files this Motion to Partially Set Aside a Bail Forfeiture as follows:

1.     Mrs. Crespo is asking that the Bail Forfeiture be partially set aside as to her only and only as to her guarantee for Jorge Gonzalez Perez's $75,000.00 ten percent bond (ECF 24) and his $150,000.00 personal surety bond (ECF 25). Mrs. Crespo does not seek to set aside the forfeiture of the $7,500.00 deposited with the Clerk of the Court to satisfy the 10% bond.

2.     Federal Rule of Criminal Procedure 46(f)(2) provides:

The court may set aside in whole or in part a bail forfeiture upon any condition the court may impose if:

(A) the surety later surrenders into custody the person released on the surety's appearance

bond; or

(B) it appears that justice does not require bail forfeiture.

3.      Since the Rules expressly give this Court the discretion to set aside the individual surety in whole or in part, Mrs. Crespo is requesting this Court exercise that discretion in the interests of justice.

4.      In support thereof the defense would note a portion of the government's recent filing stating:

Following the January 4, 2022 sentencing hearing at which the Defendant did not appear, agents from the Federal Bureau of Investigation interviewed the Defendant's son-in-law/co-defendant, Kiamy Perez ("Perez") and the Defendant's wife, Belky Crespo Perez ("Crespo"). Perez and Crespo stated that the Defendant has not been in contact with them, or anyone else to their knowledge, since December 15, 2021, the day after he met with his attorney to review the PSI. The Defendant's wife and son-in-law report that he was upset about his potential sentence of incarceration.

The Government continues to investigate the Defendant's possible location. Government databases do not show any recent air travel by the Defendant. However, the Government has obtained a document from a towing company indicating that the car driven by the Defendant was towed from a location in Defuniak Springs, Florida on December 18, 2021 at the request of the Florida Highway Patrol. Defuniak Springs is a small town in the Florida panhandle area, outside of the Southern District of Florida. ECF245:3.

Mrs. Crespo has been actively cooperating with law enforcement to assist in locating Mr. Gonzalez Perez. Since Mr. Gonzalez Perez remains a fugitive counsel will not get into the details, extent, and status of the cooperation and investigation but can do

so in a sealed pleading or a sealed hearing if the Court requests the details.

5. AUSA Brett Geiger opposes the motion.

WHEREFORE the defense respectfully requests this motion be granted.

Respectfully submitted,

s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com